

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Monty Morgan Brittain, Appellant

No. 06-14-00004-CR     v.

The State of Texas, Appellee

Appeal from the 402nd Judicial District Court of Wood County, Texas (Tr. Ct. No. 21,725-2012). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

      We note that the appellant, Monty Morgan Brittain, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 20, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk